**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

AMOS F. SMITH                                                       PLAINTIFF

vs.                                           Civil Action No. 3:08-cv-147 HTW-LRA

CHRISTOPHER EPPS                                       DEFENDANT

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the court pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson which clearly notified the respective parties in the above-styled and numbered cause that failure to file written objections to the findings and recommendations contained therein within ten (10) days from the date of filing would bar further appeal in accordance with Title 28 U.S.C. § 636, and this court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the order of this court.

**SO ORDERED, this the 21st day of June, 2010.**

                                                **s/ HENRY T. WINGATE**
                                                **CHIEF JUDGE**
                                                **UNITED STATES DISTRICT COURT**